448 A.2d 1175

Commonwealth v. Wilson, Appellant.

Petition for Allowance of Appeal Denied Oct. 12, 1982.

Submitted September 9, 1981. Austin McGreal, for appellant; Sarah B. Vandenbraak, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Judgment of sentence affirmed.

448 A.2d 1176

Commonwealth v. Witmer, Appellant.

Petition for Allowance of Appeal Denied Feb. 23, 1983.

Submitted March 23, 1982. Blake E. Martin, Public Defender, for appellant; Frederic G. Antoun, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.